UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

UNITED STATES OF AMERICA,                :

                                         :       25-cr-367 (LAP)

        -v.-                             :

                                         :       ORDER

MIGUEL FRANCISCO MORA NUNEZ
AND CHRISTHIAN AYBAR-BERROA,

                                         :

            Defendants.                  :

---------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record during the status conference held today, Defendants' motions to dismiss the Superseding Indictment are DENIED. The Clerk of the Court shall close docket numbers 25 and 26.

**SO ORDERED.**

Dated:    New York, New York
          January 28, 2026

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge