UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
UNITED STATES OF AMERICA,           :
                                    :        25-cr-367 (LAP)
          -v.-                      :
                                    :        ORDER
MIGUEL FRANCISCO MORA NUNEZ         :
AND CHRISTHIAN AYBAR-BERROA,
                                    :
          Defendants.               :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     Trial, previously scheduled to commence on June 29, 2026, will now commence on July 20, 2026.  Time is excluded from today, until July 20, 2026, from calculation under the Speedy Trial Act in the interest of justice.  The Clerk of the Court shall close docket number 31.

**SO ORDERED.**

Dated:    New York, New York
          January 29, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge