UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,          :
                                   :        25-cr-367 (LAP)
        -v.-                        :
                                   :           ORDER
MIGUEL FRANCISCO MORA NUNEZ,       :
                                   :
            Defendant.             :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

     The parties shall appear for a hearing on May 4, 2026, at

11:00 AM, at 500 Pearl Street, New York, New York 10007, in

Courtroom 12A.

**SO ORDERED.**

Dated:    New York, New York
          April 29, 2026

                          _____
                          LORETTA A. PRESKA
                          Senior United States District Judge