UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,            :

                                     :        25-cr-367 (LAP)

         -v.-                        :

                                     :        ORDER

MIGUEL FRANCISCO MORA NUNEZ
AND CHRISTHIAN AYBAR-BERROA,

                                     :

         Defendants.                 :

------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

As discussed at the criminal teleconference on June 26, 2026, the following briefing schedule, regarding the applicable sentencing guidelines ranges for both Defendants, shall apply:

- Government's submission due no later than July 20, 2026; and

- Defendants' responses due no later than July 27, 2026.

Oral argument shall occur on August 3, 2026, at 11:00 AM.

Due to the Court's limited availability in September, sentencing for Mr. Mora Nuñez shall occur on October 5, 2026, at 10:00 AM.  Sentencing for Mr. Aybar-Berroa shall occur on October 5, 2026, at 11:00 AM.  All proceedings will be in Courtroom 12A of 500 Pearl Street, New York, New York 10007.  The Clerk of Court shall close docket number 52.  **SO ORDERED.**

Dated:   New York, New York
         June 30, 2026

                         _____
                         LORETTA A. PRESKA
                         Senior United States District Judge