ABELL ESKEW LANDAU

JARROD L. SCHAEFFER
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

256 Fifth Avenue, 5th Floor
New York, New York 10001

July 9, 2026

**Via ECF**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Mora Nuñez, et al.*, 25 Cr. 367 (LAP)**

Dear Judge Preska:

I represent Mr. Mora Nuñez in the above-referenced matter and write respectfully to request a brief extension of the deadline to submit objections to the draft pre-sentence report prepared by the U.S. Probation Department (the "Draft PSR"). The government and the assigned Probation Officer consent to this request.

The Draft PSR was received by counsel on June 26, 2026, and objections are currently due by July 10, 2026. Preparing those objections, however, requires reviewing the entirety of the Draft PSR with Mr. Mora Nuñez in the Special Housing Unit at the Metropolitan Detention Center ("MDC") with the aid of an interpreter. That process has been time-consuming, requiring multiple visits to the MDC when a suitable interpreter is available.

In order to ensure sufficient time to complete the review process with Mr. Mora Nuñez, counsel respectfully requests a one-week extension to submit objections until July 17, 2026. I have conferred with the government, which consents to the requested extension. I have also conferred with the assigned Probation Officer, who likewise consents provided the Court similarly extends the deadline for the disclosure of the final pre-sentence report (the "Final PSR") by one week until July 31, 2026.

Accordingly, counsel respectfully requests that the Court extend the deadline (*i*) for objections to the Draft PSR until July 17, 2026, and (*ii*) for disclosure of the Final PSR until July 31, 2026.

I thank the Court for its consideration of these matters.

Respectfully submitted,

*Jarrod L. Schaeffer*

Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
(646) 970-7339
jschaeffer@aellaw.com

**SO ORDERED.**

*Loretta A. Preska*

Loretta A. Preska, U.S.D.J.
July 13, 2026