UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>MIGUEL FRANCISCO MORA NUNEZ AND CHRISTHIAN AYBAR-BERROA,<br><br>Defendants. | 25-cr-367 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The briefing schedule set forth in docket number 54 is vacated. The hearing set for August 3, 2026, is adjourned.

The parties shall appear for a conference on September 28, 2026, at 10:00 AM, in a courtroom to be determined, at 500 Pearl Street, New York, NY 10007. Sentencing for both Defendants remains on October 5, 2026. The Clerk of Court shall close docket number 59.

**SO ORDERED.**

Dated: New York, New York
July 23, 2026

[signature]

LORETTA A. PRESKA
Senior United States District Judge