# Exhibit B

Honorable Juez | Respectuosamente, Carolina esther del carmen

Como madre de la hija de Miguel conozco una parte de el que quizaz no se pueda ver en esta situacion. Creo que estar lejos de su familia y de sus padres que son unas personas humildes y sana lo afecto mucho quizas todo lo que vivio durante el poco tiempo que entro a este pais le ha dejado trauma y no ha sabido como manejarlo. por su inmadure no lo digo para justificarlo, sino porque es algo que yo he podido ver desde mi experiencia con el. Miguel es una persona compasiva y solidaria a pesar de sus errores con una hija esperandolo y pidiendole a Dios cambiado

Honorable Juez:

Mi nombre es Carlita Tejeda, y Soy abuela y madre de Miguel Francisco nuñez Quiero expresar que conozco a mi nieto como una Persona que tiene Cualidades, Sentimientos y una Familia que lo quiere y esta dispuesta a apoyarlo. Esta Situación a sido muy dolorosa Para nuestra familia, y especialmente. Para mi como su abuela y su madre. que no lo Criamos de esa manera, tengo 92 años. y Creo en Dios y despues en ustedes Respectuo:-

Honorable Juez

Respectuosamente, Mirelis Maria nuñez : Madre.

Me dirijo a usted con mucho respecto para pedirle que, al momento de tomar su decision Considere darle una oportunidad a mi hijo Como madre Conozco sus dificultades, Pero tambien Conozco su Corazón, Se que ha Cometido errores, Pero Creo firmemente que una Persona tambien Puede Cambiar y aprender de ellos. Cambiar y tener la oportunidad de Construir un mejor Camino no Pretendo Justificar sus errores Solamente le Pido que Considere que mi hijo todavia tiene la Posibilidad de Aprende a cambiar. y hacer Algo Positivo

| Honorable Juez | Respetuosamente, Caridad Altagracia gross: tia |
|---|---|

Me dirigo a usted Con mucho respecto hablarle de mi Sobrino: Miguel Francisco nuñez Se que mi Sobrino Cometio un error y entiendo de que debe asumir Sus responsabilidade no entiendo que Sucedio Miguel era un niño bueno y dio un gran Cambio Cuando llego A los estados. unido. Mi Familia y yo estamos dispuestos a apoyarlo para que Pueda Corregir Sus errores, y alejarse de las Malas decisiones y Construir un futuro diferente. Con Respecto