# Exhibit C

**[Redacted]**