**From:** J Sinclair
**To:** Khairy, Mostafa (USANYS)
**Subject:** [EXTERNAL] Letter to the Judge
**Date:** Tuesday, September 29, 2026 4:42:21 PM

---

Dear Judge Preska,

I have survived living in some of the highest crime neighborhoods my whole life, without ever having someone attempt to take my life with a loaded firearm. I have defied the statistics working against black male foster children in America and am part of a small percentage of people who achieved it while going to college on an academic scholarship and graduating with honors. I did everything I could to make sure I did not fail in life. Unfortunately, this incident unveiled the many ways in which I have been failed.

On July 19th, 2025, at approximately 2330 hours, two men, who should have never been in this country, attempted to kill me. These two punks illegally traveled over 1,500 miles to commit numerous egregious crimes against law abiding citizens of a country that was not even theirs. I've seen the news portraying this as an attempted robbery, but I was not wearing jewelry of any kind (no watches, rings, chains, or ear piercings, etc), nor was I wearing any loudly branded clothing. In fact, that night, I was wearing my usual, all dark, solid colors, and as usual without anything shiny. I had only an outdated cell phone in my pocket. I did not have a stack of cash or anything else that indicated money or wealth. Still, I had a loaded firearm with an extended magazine pointed at my head and the trigger pulled in an attempt to end my life, suggesting that the "attempted robbery" was just random fun for these individuals. As angry as I am that these cowards made this attempt, I am even more disappointed at the many failures that took place that allowed it to happen.

The first failure took place well before these cowards arrived. The fact that I live in a country that pretends that the fact that our nation having more guns than people is not the main reason we have so much gun crime, is one of America's biggest issues. I used to travel internationally frequently before being grounded by this incident. It has always been apparent when traveling to Europe or Canada that daily gun crimes are not and should not be as normal as they are here. So, in this way, my country has, and continues to, fail me.

I commend New York City for trying to combat the accessibility of firearms with stricter laws but some of the laws that came out of those initiatives are also failures. I, as an active law enforcement officer, was able to carry a 15-round magazine, the manufacturer's capacity, in my firearm and I worried that those were not nearly enough. If I was a civilian, I would have been forced to pay to modify my magazine down to 33% less (10) and pull the trigger each time I wanted to fire a round in defense of my life. Whereas someone who wasn't even supposed to be in the country, let alone armed in my country, was in possession of a weapon with an extended magazine, giving him more chances to take my life than I had to defend my life legally. I still can't make sense of this. In this way, my city is failing me and other legal firearms owners.

Let's step back further though. Once I was out of my unsolicited, medically induced slumber, I started to read about this attempt on my life and learned that at least one of these perpetrators had likely committed crimes in other states, like Massachusetts, and was wanted for numerous other crimes. If they had been apprehended and held in Massachusetts, this would not have happened.

But we can go even further back. According to news sources, both of these low lives entered illegally through different states (Texas and Arizona) during different years. So, there is a gap so big in our immigration system that multiple violent criminals were able to exploit gaps in at least two different states on at least two different dates over the span of two different years. How long has this been going on? How many more of these criminals are among us? How many entered before, after or even during these years? In this way, my federal government, who I've dedicated almost 20 years to, has failed me and us immensely as a country.

As a result of these failures, there have been a few hundred dollars' worth of clothing I won't receive back; many years worth of accrued annual and sick leave that I've now depleted, after having about a decade of perfect attendance; I will lose out on the retirement funds I was never able to build up; I've lost tens of thousands of dollars in overtime earnings; multiple relationships have been strained and have now failed; and I missed events that I'll never have the chance go back in time to attend. In addition, I've had the trauma of the event and the on-going recovery, the stress of navigating the worker's compensation process as well as dealing with the many layers of the healthcare systems and organizations. And all of this while paying taxes to ensure the safety, good health, and comfort of two degenerates that weren't even supposed to be here in the first place. I will continue to pay once they are convicted, since the death penalty is not even something that is being proposed. And so, I hope I will at least get to pay my taxes knowing they will be in jail for the rest of their lives.

Still, with all these failures listed, there is one system that has the opportunity to not fail - the judicial system. Maxing out their sentences, since we cannot sentence them to what they hoped was my fate, is the only way to have some sense of redemption. So, I ask you, with the power that you hold in your hands, to please not fail me or the other hard-working citizens who have done everything they can to not fail. Although their maximum sentences don't seem to match up to the level of destruction they have committed or had hoped to commit, anything less would feel like yet another missed opportunity to not fail.

Very Respectfully,

J. Sinclair