Victim Impact Statement

From: Cynthia Cheung

Case: Mora Nunez / Aybar-Berroa

Your Honor,

I am writing to share my perspective on the defendants' path forward, as someone who stood right next to the person who was shot.

While I know both young men have prior criminal histories, I do not know the appropriate time a person should spend in prison for shooting someone in the face and arm, or for being an accomplice. I deeply want to believe they feel genuine remorse and are rethinking their lives. They are both so young. A 15-year sentence is a long time. But if that is what's given, they will still re-enter society younger than I am today, in my 40s. This leaves them many years left to choose a different path and make a positive impact in this world.

I cannot imagine how difficult their lives must have been to make them believe coming here illegally, surviving by being a menace, and living a life looking over their shoulders was the best option. We all make choices in life, and unfortunately these choices have put a huge pause on their own lives and completely altered the life of the person they shot.

We all have one life, full of childhoods we did not choose. We all leave this world one day, neither money nor power stops that. While we are here, we can continue to destroy each other, or we can try to show compassion in hopes of inspiring people to drop their heavy bags of anger for the hand we are dealt in life. If these young men accept responsibility, apologize, and show real signs of wanting to do better, they deserve that chance. Humanity and compassion are the greatest legacies a person can leave behind – maybe they would want that for themselves if given the example and the chance.

I understand it is complex. As I write this, the person shot inches from my face and I are not quite getting along. I carry sadness that a decision to visit a park at night turned into this, and I can only imagine how this has all impacted his life. No matter our friction, I know we are both good people; life is not perfect and sometimes it gets in the way. We all deserve a chance to believe life has more to offer. Maybe it can start here for these young men.

I hope the chosen sentence comes with a firm pause that allows them to find rehabilitation and choose a better future.

Respectfully,
Cynthia Cheung 8/13/2026

Addendum to Victim Impact Statement

From: Cynthia Cheung

Case: Mora Nunez / Aybar-Berroa

Your Honor,

I am submitting an addendum to my original victim impact statement to address information I learned at the status hearing yesterday. My original statement still reflects my feelings toward the accomplice. His subdued demeanor at both his plea hearing and yesterday's status hearing, with his head hung low, continues to give me hope for his genuine remorse. However, my perspective regarding the shooter has changed based on the evidence presented.

Being right next to a person who was shot in the face and arm, and not on speaking terms after the fact, has been a sad event to process. More emotions surface as I attend each of these case hearings. While I am still not entirely sure how this will ultimately impact my life, I initially chose to approach my original statement with humanity. I wanted to believe that these young men were capable of self-reflection, remorse, and rehabilitation. Learning that the shooter subsequently bragged about this violence and boasted about his reputation on the streets shakes that hope.

While I still believe in compassion and rehabilitation for those who want that path, there must be accountability first. I do not believe a person can be rehabilitated from a crime like this that they are proud of committing. Because the shooter views his violence as a point of pride, demonstrating a callous disregard for human life and a complete lack of empathy rather than treating this event as a tragedy, the conclusion for a first-degree murder charge seems entirely fitting.

For the accomplice, my hope for a path toward self-reflection and rehabilitation remains. I wish we could all treat each other better.

Respectfully,
Cynthia Cheung 9/29/2026